# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TATIANA LEIBEL,<br>Plaintiff<br>v.<br>WILLIAM REUBART,<br>Defendant | Case No.: 2:25-cv-01161-APG-NJK<br>**Dismissal Order** |

Plaintiff Tatiana Leibel has filed a motion requesting that this case be dismissed without prejudice so that she can focus on cases regarding her innocence. ECF No. 5. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no answer or motion for summary judgment has been filed, I grant Leibel's motion.

I THEREFORE ORDER that Leibel's motion to voluntarily dismiss this action (ECF No. 5) is GRANTED.

I FURTHER ORDER that this action is dismissed in its entirety without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

I FURTHER ORDER that Leibel's application to proceed in forma pauperis (ECF No. 1) is denied as moot.

Dated: July 20, 2026

Chief United States District Judge